160 A.3d 555

**RICE**

v.

**KOSIROCK**

**Pet. Docket No. 582, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

(No. 135977FL, Circuit Court for Montgomery County). Petition for writ of certiorari denied.

160 A.3d 555

**SANTOS, Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 509, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Reported below: 230 Md.App. 487, 148 A.3d 117. Petition for writ of certiorari denied.